JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND VARELAS, | NO. SACV 09-00116 SVW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GARY SANDOR, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 10, 2009

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE